AO 442 (Rev. 01/09) Arrest Warrant

FID 11296918

# UNITED STATES DISTRICT COURT
### for the
Western District of Tennessee

United States of America )
v. )
TRAVIS TAYLOR )   Case No.   21-CR-20129-TLP
and KEENAN PAYNE )
*Defendant(s)* )

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    TRAVIS TAYLOR
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C § 922(n) - Unlawful transportation or receipt by a person under felony indictment.

**ORIGINAL**

Date:   06/24/2021 _____

_____
*Issuing officer's signature*

City and state:   Memphis, TN 38103 _____

THOMAS M. GOULD, CLERK U.S. DISTRICT COURT
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |

Date:   6-27-2022 _____

_____
*Arresting officer's signature*

Kyle Snodgrass
*Printed name and title*

ONS1 USMS ARREST